**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-10-0000128**
**20-SEP-2013**
**07:49 AM**

NO. CAAP-10-0000128

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


JOSEPH W. HARTLEY,
Plaintiff/Appellee/Cross-Appellee,
v.
JOHN MARSH,
Defendant/Appellant/Cross-Appellee,
and
C. MIKAHALA KERMABON,
Defendant/Appellee/Cross-Appellant,
and
HEIRS OR ASSIGNS OF AKI, ET AL,
Defendants/Appellees/Cross-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 07-1-0456(3))

ORDER DENYING MOTIONS FOR RECONSIDERATION
(By: Foley, Presiding J., Fujise and Reifurth, JJ.)

Upon consideration of the "Motion For Reconsideration From Summary Disposition Order Entered July 31, 2013 Findings Of Fact, Conclusions of Law; Decision and Order, Of The Circuit Court Of The Second Circuit Entered October Appellant-Defendant C. Mikahala Kermabon 11, 2010 And From The Judgment/Order Dated September 3, 2013" filed September 14, 2013, and what appears to be an amended motion for reconsideration filed September 17, 2013, the memorandum/papers in support of the motion, and the

records and files in this case,

IT IS HEREBY ORDERED that the motions are denied.

DATED: Honolulu, Hawaii, September 20, 2013.

Presiding Judge

Associate Judge

Associate Judge